**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** I    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

| | |
|---|---|
| Superseding Ind./ Inf. | X    Case No. 24-cr-10200-RGS |
| Same Defendant |    New Defendant X |
| Magistrate Judge Case Number | |
| Search Warrant Case Number | See below. |
| R 20/R 40 from District of | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS    ☑ Yes ☐ No

**Defendant Name** Samy Fadi Khouadja    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:**

**Birth date (Yr only):** 1980   **SSN (last 4#):**   **Sex:** M   **Race**   **Nationality:** France

**Defense Counsel if known:**    **Address:**

**Bar Number:**

**U.S. Attorney Information**

**AUSA:** Ian J. Stearns    **Bar Number if applicable:** 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of    in    .

☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/4/2025    Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Samy Fadi Khouadja

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Massachusetts</u>    Category No. <u>I</u>    Investigating Agency <u>FBI</u>

City <u>Boston</u>

County <u>Suffolk</u>

**Related Case Information:**

Superseding Ind./ Inf. <u>X</u>    Case No. <u>24-cr-10200-RGS</u>

Same Defendant <u>X</u>    New Defendant

Magistrate Judge Case Number

Search Warrant Case Number

R 20/R 40 from District of

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number <u>23-cr-10301-RGS</u>    ☑ Yes  ☐ No

**Defendant Information:**

Defendant Name <u>Eamma Safi</u>    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: <u>"TT"; "Yummy"; "Situatie Packered"; "Roman Kna"</u>

Address:

Birth date (Yr only): <u>1987</u>    SSN (last 4#): ____    Sex: <u>M</u>    Race: ____    Nationality: <u>Germany</u>

Defense Counsel if known: <u>Forest O'Neill-Greenberg</u>    Address: <u>51 Sleeper Street, 5th Floor</u>

Bar Number: <u>674760</u>    <u>Boston, MA 02210</u>

**U.S. Attorney Information**

AUSA: <u>Ian J. Stearns</u>    Bar Number if applicable: <u>693374</u>

Interpreter: ☐ Yes  ☑ No    List language and/or dialect:

Victims: ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

Location Status: <u>Wyatt Detention Facility</u>

Arrest Date: <u>06/26/2024</u>

☑ Already in Federal Custody as of <u>02/27/2025</u> in <u>Wyatt Detention Facility</u> .

☐ Already in State Custody at ____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

Charging Document:  ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts:  ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony <u>6</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>11/4/2025</u>    Signature of AUSA: <u>/s/ Ian J. Stearns</u>

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Eamma Safi a/k/a "TT"; "Yummy" "Situatie Packered"; "Roman Kna"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 | Money Laundering; Aiding and Abetting | 6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

**Criminal Case Cover Sheet**                                         **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Massachusetts</u>     Category No. <u>I</u>     Investigating Agency <u>FBI</u>

City <u>Boston</u>

County <u>Suffolk</u>

**Related Case Information:**

Superseding Ind./ Inf. <u>X</u>     Case No. <u>24-cr-10200-RGS</u>

Same Defendant <u>X</u>     New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number <u>See below.</u>

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number <u>23-cr-10301-RGS</u>     ☑ Yes   ☐ No

**Defendant Information:**

Defendant Name <u>Zhi Ge</u>     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: <u>"Josh Ge"; "Josh Gez"; "Jay Gat"</u>

Address: _____

Birth date (Yr only): <u>1991</u>   SSN (last 4#): ____   Sex: <u>M</u>   Race _____   Nationality: <u>Singapore</u>

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: <u>Ian J. Stearns</u>     Bar Number if applicable: <u>693374</u>

**Interpreter:**   ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** <u>Singapore</u>

**Arrest Date:** <u>07/03/2024</u>

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony <u>6</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>11/4/2025</u>     Signature of AUSA: <u>/s/ Ian J. Stearns</u>

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Zhi Ge a/k/a "Josh Ge"; "Josh Gez"; 'Jay Gat"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 | Money Laundering; Aiding and Abetting | 6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Massachusetts</u>   Category No. <u>I</u>   Investigating Agency <u>FBI</u>

City <u>Boston</u>

County <u>Suffolk</u>

**Related Case Information:**

Superseding Ind./ Inf. <u>X</u>   Case No. <u>24-cr-10200-RGS</u>

Same Defendant _____   New Defendant <u>X</u>

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number <u>23-cr-10301-RGS</u>   ☑ Yes   ☐ No

Defendant Name <u>Christophe Dong</u>   Juvenile: ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): <u>1984</u>   SSN (last 4#): ____   Sex: <u>M</u>   Race ____   Nationality: <u>France</u>

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: <u>Ian J. Stearns</u>   Bar Number if applicable: <u>693374</u>

**Interpreter:**   ☐ Yes   ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony <u>5</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>11/4/2025</u>   Signature of AUSA: <u>/s/ Ian J. Stearns</u>

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Christophe Dong

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__    Category No. __I__    Investigating Agency __FBI__

City __Boston__

County __Suffolk__

**Related Case Information:**

Superseding Ind./ Inf. __X__          Case No. __24-cr-10200-RGS__

Same Defendant _____    New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __23-cr-10301-RGS__    ☑ Yes  ☐ No

Defendant Name __Julien Liu__                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): __1990__    SSN (last 4#): _____    Sex: __M__    Race _____    Nationality: __France__

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Ian J. Stearns__                    Bar Number if applicable: __693374__

Interpreter:    ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:    ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:    ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/4/2025__    Signature of AUSA: __/s/ Ian J. Stearns__

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Julien Liu _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

Place of Offense: Massachusetts    Category No. I    Investigating Agency FBI

City  Boston

County  Suffolk

**Related Case Information:**

Superseding Ind./ Inf.  X    Case No. 24-cr-10200-RGS

Same Defendant _____    New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number  See below.

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number 23-cr-10301-RGS    ☑ Yes  ☐ No

**Defendant Information:**

Defendant Name  Patrick Chou    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1987    SSN (last 4#): _____    Sex: M    Race _____    Nationality: France

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Ian J. Stearns    Bar Number if applicable: 693374

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/4/2025    Signature of AUSA: /s/ Ian J. Stearns

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Patrick Chou _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__    Category No. __I__    Investigating Agency __FBI__

City __Boston__

County __Suffolk__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __24-cr-10200-RGS__

Same Defendant _____    New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number __See below__

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __23-cr-10301-RGS__    ☑ Yes  ☐ No

**Defendant Information:**

Defendant Name __Cheuk Yue Lee__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: __"Ryan"; "m100"__

Address: _____

Birth date (Yr only): __1982__    SSN (last 4#): _____    Sex: __M__    Race _____    Nationality: __Hong Kong__

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Ian J. Stearns__    Bar Number if applicable: __693374__

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

Victims: ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/4/2025__    Signature of AUSA: __/s/ Ian J. Stearns__

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Cheuk Yue Lee a/k/a "Ryan"; "m100"

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

✎JS 45 (5/97) - (Rev'd. MA 3/25)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** I    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

| | |
|---|---|
| Superseding Ind./ Inf.   X | Case No. 24-cr-10200-RGS |
| Same Defendant _____ | New Defendant X |
| Magistrate Judge Case Number _____ | |
| Search Warrant Case Number   See below. | |
| R 20/R 40 from District of _____ | |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number 23-cr-10301-RGS   ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Dev Ananth Durai    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "Devah"

**Address:**

**Birth date (Yr only):** 1986   **SSN (last 4#):** ____   **Sex:** M   **Race** _____   **Nationality:** Singapore

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Ian J. Stearns    **Bar Number if applicable:** 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 11/4/2025    **Signature of AUSA:** /s/ Ian J. Stearns

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Dev Ananth Durai a/k/a "Devah"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB